# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FRANK SANTILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-01049 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 20, 2018, the magistrate judge issued a Report and Recommendation (Docket No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the decision of the Administrative Law Judge is hereby REVERSED, and this case is REMANDED for reconsideration of Dr. Parsh's opinion.

It is so **ORDERED.**

Enter this 8th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge